## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLESTON HEIGHTS 50G TOWNHOUSE OWNERS ASSOCIATION,<br><br>        Defendant. | Case No. 2:15-cv-01211-JAD-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: March 30, 2016 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin          **RECORDER/TAPE #**:  None

**COUNSEL FOR PLAINTIFF(S):** Tenesa Scaturro

**COUNSEL FOR DEFENDANT(S):** Chantel Schimming

**PROCEEDING:**  Conference Call

A conference call was conducted commencing at 1:32 p.m., to discuss the parties' Stipulation and Order for Settlement Conference and Stay of Discovery (Dkt. #18). The parties asked for a settlement conference and stay to avoid costly discovery and motion practice given the amount in dispute. A discovery plan and scheduling order was entered November 24, 2015 setting an April 25, 2015 discovery cutoff. The court will grant the parties' request for a settlement conference and give them the next available date. However, the court will not stay discovery. The court directed counsel to evaluate what discovery was proportional to the amount in dispute and the needs of the case.

The conference call concluded at 1:40 p.m.

**IT IS ORDERED** that the parties' stipulation is **GRANTED** as to the request for a settlement conference and **DENIED** as to the request for a stay of the discovery plan and scheduling order deadlines. A separate order setting the settlement conference will issue.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1