UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLESTON HEIGHTS 50G TOWNHOUSE OWNERS ASSOCIATION,<br><br>Defendant. | Case No. 2:15-cv-01211-JAD-PAL<br><br>ORDER |

Before the court is the Notice of Settlement (Dkt. #24).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that the parties shall have until **June 20, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 25th day of April, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE