UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CHARLESTON HEIGHTS 50G TOWNHOUSE OWNERS ASSOCATION, et al.<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-01211-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #28) |

This matter is before the court on the Substitution of Attorneys (Dkt. #28) filed May 2, 2016. Steven T. Liozzi, Jr. seeks leave to be substituted in the place and stead of Chantel M. Schimming for Defendant Charleston Heights 50G Townhouse Owners Association. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #28) is **APPROVED**.

/ / /

/ / /

/ / /

/ / /

1

2. Steven T. Liozzi, Jr. is substituted in the place of Chantel M. Schimming for Defendant Charleston Heights 50G Townhouse Owners Association, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 9th day of May, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE