MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan @akerman.com
            tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>            Plaintiff,<br><br>vs.<br><br>CHARLESTON HEIGHTS 50G TOWNHOUSE OWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | Case No.:  2:15-cv-01211-JAD-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Plaintiff HSBC Bank USA, National Association (**HSBC**) and defendant Charleston Heights 50G Townhouse Owners Association (**Charleston Heights**) (collectively the **parties**) provide this joint status report regarding settlement pursuant to this court's order dated April 25, 2016.  ECF No. 25.

. . .

. . .

. . .

. . .

. . .

. . .

{38538393;1}

The parties have executed the settlement agreement and are finalizing the necessary title-related documents to complete the settlement. The parties anticipate having a stipulation for dismissal filed by July 1, 2016.

DATED: June 20, 2016.

| **AKERMAN LLP** | **ALESSI & KOENIG LLC** |
|---|---|
| /s/ *Tenesa S. Scaturro, Esq.* | /s/ *Steve Loizzi, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | STEVE LOIZZI, ESQ.<br>Nevada Bar No. 10920<br>9500 W. Flamingo Road, Suite 205<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Charleston Heights 50G Townhouse Owners Association* |

**IT IS ORDERED** that the parties shall have until July 1, 2016, to file a stipulation to dismiss.

Dated this 23rd day of June, 2016.

Peggy A. Leen
United States Magistrate Judge

{38538393;1}