UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLESTON HEIGHTS 50G TOWNHOUSE OWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:15-cv-01211-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file stipulation to dismiss. The court vacated a settlement conference because the parties filed a notice (ECF No. 24) on April 22, 2016 indicating the case had been settled and the terms of the agreement would be completed within 60 days. On April 26 the court entered an order (ECF No.25) giving the parties until June 20, 2016 to file a stipulation for dismissal or a joint status report indicating when the stipulation would be filed. On June 20, 2016 the parties filed a status report indicating they had signed the settlement agreement but were waiting on necessary title-related documents to complete the settlement and expected to file the stipulation by July 1, 2016. On June 23, 2016, the undersigned entered an Order (ECF No. 32) giving the parties until July 1, 2016, to file a stipulation to dismiss. It is now July 18 and the parties have not filed a stipulation or provided a status as ordered. The parties' obligation to file the joint pretrial order was postposed as the parties advised that they had settled. As the parties have still not filed the stipulation to dismiss,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **August 1, 2016**. Failure to timely comply will result in the imposition of sanctions up to and including a

1

recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED 18th day of July, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE